**+IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| Roberto Vigo,<br>Plaintiff,<br>v.<br>CeramTec North America, LLC,<br>Defendant. | Civil Action No. ____________________<br><br>**NOTICE OF REMOVAL** |

Defendant CeramTec North America, LLC ("CTNA" or "Defendant"), files this Notice of Removal in the above-captioned action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of removal, Defendant respectfully asserts the following:

1. On August 28, 2026, Plaintiff Roberto Vigo ("Plaintiff") filed a Summons and Complaint in the Court of Common Pleas for the State of South Carolina, Laurens County, bearing Civil Action No. 2026-CP-30-00919 (the "State Court Action"). A copy of the Summons and Complaint are attached as **Exhibit A**. Defendant has received no other process, pleadings, or orders.

2. Plaintiff served Defendant with a copy of the Summons and Complaint on September 10, 2026. (Ex. A.)

3. This Notice of Removal is submitted within thirty (30) days of service of the Summons and Complaint. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

4. The United States District Court for the District of South Carolina, Greenville Division, is the federal judicial district embracing the Laurens County Court of Common Pleas,

where the State Court Action was originally filed and where the events alleged in the Complaint are alleged to have occurred. Thus, venue is proper in this Court under 28 U.S.C. § 1441(a).

5. Pursuant to 28 U.S.C. § 1446(d), Defendant is concurrently filing a Notice of Filing Notice of Removal with the Clerk of Court for the Laurens County Court of Common Pleas and serving Plaintiff with a copy of this Notice of Removal and a copy of the Notice of Filing Notice of Removal.

6. As explained below, this Court has jurisdiction over this action based on diversity jurisdiction pursuant to 28 U.S.C. § 1332.

7. Therefore, this action may be removed to this Court under 28 U.S.C. § 1441(a)-(c).

**DIVERSITY JURISDICTION**

8. Section 1332(a)(2) provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between [] citizens of a State and citizens or subjects of a foreign state[.]"

9. As represented in Paragraph 1 of his Complaint, Plaintiff is a citizen of South Carolina. Defendant, as explained hereinbelow, is a citizen of Germany.

10. It is well established that, for diversity purposes, a limited liability company is not a corporation and is not considered a citizen of its state of incorporation and principal place of business. *See Ferrell v. Express Check Advance of SC LLC*, 591 F.3d 698, 703 (4th Cir. 2010); *N.Y. State Teachers Retirement Sys. v. Kalkus*, 764 F.2d 1015, 1017 (4th Cir. 1985); *Clephas v. Fagelson, Shonberger, Payne & Arthur*, 719 F.2d 92, 93 (4th Cir. 1983).

11. Instead, an LLC's citizenship is determined ***solely*** by the citizenship of all of its members. *See Jennings v. HCR ManorCare, Inc.*, 901 F.Supp.2d 649, 653 (D.S.C. 2012) (citing

*Zambelli Fireworks Mfg. Co. v. Wood*, 592 F.3d 412, 420 (3d Cir. 2010).

12. Thus, the citizenship of an LLC's members must be traced through however many layers of members there may be. *See Jennings*, 901 F.Supp.2d at 651 (citing) (*Gen. Tech. Apps., Inc. v. Exro Ltda*, 388 F.3d 114, 121 (4th Cir. 2004).

13. The sole member of CTNA is CeramTec Acquisition, LLC ("CeramTec Acquisition"), and the sole member of CeramTec Acquisition is CeramTec BidCo, LLC ("CeramTec Bid"). (*See* Declaration of Candice Fields ("Fields Decl."), attached hereto as **Exhibit B**, at ¶ 4.) The sole member of CeramTec Bid is CeramTec AcquiCo GmbH ("CeramTec AcquiCo GmbH"), a German corporation and a subsidiary of CTEC III GmbH, a German corporation headquartered in Plochingen, Baden-Württemberg, Germany. (*Id.*)

14. For purposes of removal and federal jurisdiction, a corporation is considered a "citizen" of the state where it is incorporated and the state where it maintains its principal place of business. 28 U.S.C. § 1332(c); *Lincoln Prop. Co. v. Roche,* 546 U.S. 81, 83 (2005).

15. CeramTec AcquiCo GmbH is incorporated in Germany and its principal place of business, *i.e.*, the "nerve center" where it performs executive and administrative functions, is in Plochingen, Baden-Württemberg, Germany. (Fields Decl. at ¶ 5.) Consequently, CeramTec AcquiCo GmbH is considered a citizen of Germany.

16. CTNA is therefore not a citizen of South Carolina but is instead a citizen of Germany for purposes of purposes of 28 U.S.C. § 1332(c)(1). Complete diversity therefore exists between the parties.

17. In his Complaint, Plaintiff asserts claims for breach violation of the South Carolina Payment of Wages Act and unjust enrichment and seeks, at minimum, the payment of severance in an amount "not less than $234,990.08." (Compl. ¶ 27.) Plaintiff also seeks unspecified damages

equivalent to the cost of twelve months of "executive-rate medical benefits," treble damages and attorneys' fees. (Compl. ¶¶ 27, 33.)

18. Plaintiff's Complaint thus clearly seeks in excess of the jurisdictional threshold for diversity jurisdiction.

19. Accordingly, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant removes this action from the Laurens County Court of Common Pleas to the United States District Court for the District of South Carolina, Greenville Division.

## LOCAL CIVIL RULE REQUIREMENTS

20. Defendant has complied with the requirements of Rules 83.IV.01 and 83.IV.02 of the Local Civil Rules of the United States District Court for the District of South Carolina.

21. Defendant has also complied with Local Civil Rule 26.01 by filing an Answer to Local Civil Rule 26.01 Interrogatories simultaneously with this Notice of Removal.

WHEREFORE, Defendant prays that the above action now pending in the Court of Common Pleas for the State of South Carolina, Laurens County, be removed to this Court.

Respectfully submitted,

By: *_/s/ William H. Foster_*

William H. Foster, Bar No. 6221
bfoster@littler.com
Katie E. Towery, Bar No. 12861
ktowery@littler.com
LITTLER MENDELSON P.C.
110 E. Court Street, Suite 201
Greenville, SC 29601
Telephone: 864-775-3190

*Attorneys for Defendant CeramTec North America, LLC*

October 1, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served the foregoing via email upon the following counsel of record:

Matthew R. Ozment
GROVE OZMENT, LLC
Matt@go-lawyers.com
100 Williams Street
Greenville, SC 29601

*Attorney for Plaintiff*

*/s/ William H. Foster*
William H. Foster

*Attorney for Defendant*