**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| Roberto Vigo,<br><br>Plaintiff,<br><br>v.<br><br>CeramTec North America, LLC,<br><br>Defendant. | Civil Action No. ___________________<br><br><br>**DECLARATION OF CANDICE FIELDS** |

1. My name is Candice Fields, and I am more than twenty-one (21) years of age and competent to make this Declaration. The statements set forth herein are based upon my own personal knowledge, as well as my review of relevant, regularly maintained business records of CeramTec North American, LLC ("CTNA" or the "Company").

2. I am employed as the Director of Finance for CTNA and have served in this position since on or about May 11, 2026. I previously served as the Company's Controller and have been employed by CTNA since September 2015.

3. CTNA is a Delaware limited liability company with its principal place of business located at 1 Technology Place, Laurens, South Carolina.

4. The sole member of CTNA is CeramTec Acquisition, LLC ("CeramTec Acquisition"), and the sole member of CeramTec Acquisition is CeramTec BidCo, LLC ("CeramTec Bid"). The sole member of CeramTec Bid is CeramTec AcquiCo GmbH ("CeramTec AcquiCo GmbH"), a German corporation and a subsidiary of CTEC III GmbH, a German corporation headquartered in Plochingen, Baden-Württemberg, Germany.

5. CeramTec AcquiCo GmbH is incorporated in Germany and its principal place of

business – the location from which the company's executive and administrative functions are performed – is located in Plochingen, Baden-Württemberg, Germany.

THUS ENDS MY DECLARATION.

**I hereby declare under penalty of perjury that the foregoing is true and accurate.**

Signed by:
Candice Fields
C8C4849BAFDA4EE...

Candice Fields

01-Oct-2026

Date