**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

Roberto Vigo,

Plaintiff,

v.

CeramTec North America, LLC,

Defendant.

Civil Action No: ____________

**<u>DEFENDANT'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES</u>**

Defendant CeramTec North America, LLC ("Defendant"), by and through its undersigned counsel of record, hereby responds to the District of South Carolina's Local Civil Rule 26.01 Interrogatories as follows:

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**<u>ANSWER</u>: Defendant is currently unaware of any person or legal entity having a subrogation interest in any claim.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**<u>ANSWER</u>: Plaintiff brings claims for breach of contract, payment of wages pursuant to the South Carolina Payment of Wages Act, S.C. Code Ann. §§ 41-10-10, *et seq.*, and unjust enrichment. Plaintiff has requested a jury trial on his claims. However, to the extent Plaintiff seeks equitable relief, such claims or issues should be tried and determined by the Court.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**<u>ANSWER</u>: Defendant is not a publicly owned company. No public company owns ten percent or more of Defendant's shares and Defendant does not own**

**ten percent of the shares of any public company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER: Plaintiff's allegations arise from events that occurred in Laurens, South Carolina. He originally filed his Complaint in the Laurens County Court of Common Pleas. The action was removed to the United States District Court for the District of South Carolina, Greenville Division, which is the proper division for resolution of Plaintiff's claims.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: Defendant is unaware of any other related matter filed in this District.**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: Defendant is properly identified in the Complaint.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: Defendant denies any liability to Plaintiff and is presently unaware of any person or legal entity who is liable to Plaintiff for the claims asserted in Plaintiff's Complaint.**

(H) In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER: Defendant is a Delaware limited liability company and its sole member is CeramTec Acquisition, LLC ("CeramTec Acquisition"). The sole member of CeramTec Acquisition is CeramTec BidCo, LLC ("CeramTec Bid") and the sole member of CeramTec Bid is CeramTec AcquiCo GmbH ("CeramTec**

**AcquiCo GmbH"). CeramTec AcquiCo GmbH is incorporated in Germany and its principal place of business is located in Plochingen, Baden-Württemberg, Germany. Thus, CeramTec AcquiCo GmbH is considered a citizen of Germany.**

Respectfully submitted,

By: */s/ William H. Foster*

William H. Foster, Bar No. 6221
bfoster@littler.com
Katie E. Towery, Bar No. 12861
ktowery@littler.com
LITTLER MENDELSON P.C.
110 E. Court Street, Suite 201
Greenville, SC 29601
Telephone: 864-775-3190

*Attorneys for Defendant CeramTec North America, LLC*

October 1, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served the foregoing via email upon the following counsel of record:

Matthew R. Ozment
GROVE OZMENT, LLC
Matt@go-lawyers.com
100 Williams Street
Greenville, SC 29601

*Attorney for Plaintiff*

*/s/ William H. Foster*
William H. Foster

*Attorney for Defendant*