IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Roberto Vigo,,<br><br>Plaintiff,<br><br>v.<br><br>CeramTec North America, LLC<br><br>Defendants. | Civil Action No. 6:26-cv-04399-DCC |

**PLAINTIFF'S RESPONSES TO LOCAL CIVIL RULE 26.01 DSC INTERROGATORIES**

Pursuant to Local Civil Rule 26.01 DSC, Plaintiff hereby answers as follows:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:** Plaintiff is not aware of any at this time.

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:** Plaintiff is entitled to a jury trial pursuant to the applicable federal and state law.

(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:** Plaintiff is an individual none of these categories apply.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**ANSWER:** Plaintiff was employed by Defendant in Laurens County, South Carolina, and the majority of events described in the Complaint occurred in the same. Plaintiff did not bring this matter in this division as the Complaint was filed in state court.

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER**: This action is not related to any other action pending in this District.

(H)Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER**: Plaintiff Roberto Vigo is a citizen of the State of South Carolina.

Respectfully submitted,

GROVE OZMENT, L.L.C.

*s/Matthew R. Ozment*_________________
Matthew R. Ozment Fed Bar No. 12403
Email: Matt@go-lawyers.com
100 Williams Street
Greenville, SC 29601
Telephone: 864-516-2222

*ATTORNEY FOR PLAINTIFF*

October 16, 2026
Greenville, South Carolina