**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| Roberto Vigo,<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>CeramTec North America, LLC,<br><br>*Defendant/Counter-Plaintiff.* | Civil Action No. 6:26-cv-04399-DCC |

**PLAINTIFF/COUNTER-DEFENDANT ROBERTO VIGO'S PARTIAL MOTION TO DISMISS DEFENDANT'S FOURTH AND FIFTH COUNTERCLAIMS**

Plaintiff/Counter-Defendant Roberto Vigo ("Vigo") moves under Federal Rules of Civil Procedure 9(b) and 12(b)(6) to dismiss the Fourth Counterclaim (Fraud) and the Fifth Counterclaim (Constructive Fraud) asserted by Defendant/Counter-Plaintiff CeramTec North America, LLC ("CTNA") in its Answer and Counterclaims (ECF No. 10).

Both counterclaims fail for the following two independent reasons:

1- Neither identifies a single false statement by Vigo: no content, date, recipient, or medium, as Rule 9(b) requires.

2- CTNA's own allegations negate essential elements of fraud under South Carolina law. CTNA pleads that its own President directed the creation of, and signed, the offer letter on which the claims rest. CTNA cannot plead that it was ignorant of the truth or that it relied on anything Vigo said. CTNA also pleads no injury caused by reliance, having admitted it never paid the severance at issue.

Vigo relies on the memorandum below and the pleadings of record. Under Local Civil Rule 7.02 (D.S.C.), no consultation with opposing counsel is required for a motion to dismiss.

Respectfully submitted,

GROVE OZMENT, L.L.C.

s/Matthew R. Ozment
Matthew R. Ozment (Fed. ID No 12403)
Matt@go-lawyers.com
100 Williams Street
Greenville, SC 29601
Telephone: 864-516-2222

*Attorney for Plaintiff/Counter-Defendant*
*Roberto Vigo*

October 30, 2026