# EXHIBIT 1

Offer Letter dated April 5, 2021

CeramTec
CeramTec North America LLC
Corporate Offices

One Technology Place
Laurens, SC 29360
Telephone: 864-682-1178
Telefax: 864-682-1121
Website: www.ceramtec.com

April 5, 2021

Mr. Roberto Vigo
123 Creek Shoals Dr.
Simpsonville, SC 29681

Dear Roberto:

This letter will confirm your role as the Director of Sales and Marketing at CeramTec North America effective April 5, 2021. Effective April 5, 2021 your position continues to report to the President of CeramTec North America, currently held by Mr. Brent Pahach.

Compensation associated with your position:

1. Your base biweekly salary is currently **$9,038.08**, which is an annual salary of **$234,990.08**. (We have 26 payroll periods per year.)

2. You will participate in the annual CeramTec senior manager bonus program, which has a bonus base potential of 30%.

3. You will also receive under CTNA's Car Allowance Policy a net monthly car allowance, issued as a separate payment, at **$855** per month net. *(Automobile Allowance attached.)*

4. In the event of employment termination for any cause, you will receive twelve **(12)** months of separation pay at the rate of your base salary, based on the number of years served as Director of Sales and Marketing and CTNA performance while you were Director of Sales and Marketing. Plus, you will receive medical benefits for the duration of the severance at the executive rate.

Benefits associated with your employment:

The following is a brief overview of current benefits. The Company reserves the right to make changes to benefit plans in order to respond to business conditions at any time.

1. You will be offered Executive Medical Insurance benefits.

2. You will be eligible for five (5) weeks of vacation, three (3) personal days and five (5) paid sick days.

You remain subject to company policies as they relate to salaried employees.

Employment with CeramTec is formally an "at-will" relationship.

We look forward to working with you as the Director of Sales and Marketing at CeramTec North America.

Upon notification of acceptance and a returned, signed copy of the offer letter, this offer will be officially confirmed and complete. We are pleased to make this offer effective April 5, 2021.

On Behalf of
**CeramTec North America LLC**

Kayli Merritt
Kayli Merritt
Human Resources Manager

and

On Behalf of
**CeramTec North America LLC**

Brent Pahach
President

************************************

ACCEPTANCE:

I have read the above stated offer and agree to accept all terms and conditions of this offer.

X____________________
Roberto Vigo

April 5, 2021
Date