**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

Roberto Vigo,

*Plaintiff/Counter-Defendant,*

v.

CeramTec North America, LLC,

*Defendant/Counter-Plaintiff*.

Civil Action No. 6:26-CV-04399-DCC

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant/Counter-Plaintiff CeramTec North America, LLC, ("CTNA") respectfully submits this Consent Motion for Extension of Time to File a Response in Opposition to Plaintiff/Counter-Defendant's ("Vigo") Partial Motion to Dismiss Defendant's Fourth and Fifth Counterclaims. ("Partial Motion to Dismiss," ECF No. 11.) In support of this request, CTNA states as follows:

1. Vigo commenced this action by filing his Summons and Complaint on August 28, 2026, in the South Carolina Court of Common Pleas in Laurens County. (ECF No. 1-1.)

2. CTNA timely removed this action to this Court on October 1, 2026. (ECF No. 1.)

3. On October 29, 2026, CTNA filed its Answer to Plaintiff's Complaint and Counterclaims. (ECF No. 10.)

4. One day later, on October 30, 2026, Vigo filed its Partial Motion to Dismiss. (ECF No. 11).

5. The deadline for CTNA to file its Response in Opposition to Vigo's Partial Motion to Dismiss is currently November 13, 2026.

6. CTNA respectfully requests a brief 7-day extension, through and including November 20, 2026, to file its Response in Opposition. This request is necessary to allow counsel sufficient time to thoroughly review and respond to Vigo's Partial Motion to Dismiss.

7. Counsel for CTNA discussed the requested extension with Vigo's counsel, and counsel for Vigo consents to this brief extension of time.

8. CTNA's request is timely, made in good faith, and is not made for the purpose of delaying this proceeding, unfairly prejudicing any party, or interfering with this Court's docket.

9. The requested extension will not unduly delay the schedule of this case.

**WHEREFORE**, CTNA respectfully request that this Court enter an Order granting the requested 7-day extension of time to file its Response in Opposition, up to and including November 20, 2026.

Respectfully submitted,

**LITTLER MENDELSON, P.C.**

*/s/ Katie E. Towery*

William H. Foster, Bar No. 6221
bfoster@littler.com
Katie E. Towery, Bar No. 12861
ktowery@littler.com
110 E. Court Street, Suite 201
Greenville, SC 29601
(864) 775-3190

*Attorneys for Defendant CeramTec North America, LLC*

November 10, 2026